# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MARLA MORRISETT**                                                                  **PLAINTIFF**

**v.**                         **Case No. 3:18-cv-00184-JTK**

**ANDREW SAUL,** *Commissioner*,
**Social Security Administration**                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ADJUDGED this 5th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE